5/30/12 5:38PM

B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
### District of District of Columbia

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gospel Rescue Ministries of Washington, D.C. Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**53-0213314** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**810 Fifth Street, NW**<br>**Washington, DC**<br>ZIP Code **20001** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**District of Columbia** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

### Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

### Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

### Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| :--- | :--- |
| *(This page must be completed and filed in every case)* | **Gospel Rescue Ministries of Washington, D.C. Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| :--- | :--- | :--- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| :--- | :--- | :--- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| :--- | :--- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gospel Rescue Ministries of Washington, D.C. Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ Paul Sweeney**
Signature of Attorney for Debtor(s)

**Paul Sweeney 429738**
Printed Name of Attorney for Debtor(s)

**Yumkas, Vidmar & Sweeney, LLC**
Firm Name

**2530 Riva Road, Suite 400**
**Annapolis, MD 21401**

_____
Address

**Email: psweeney@yvslaw.com**
**443-569-5972  Fax: 410-571-2798**
Telephone Number

**May 30, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Michael J. Cortese**
Signature of Authorized Individual

**Michael J. Cortese**
Printed Name of Authorized Individual

**President and CEO**
Title of Authorized Individual

**May 30, 2012**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of District of Columbia

In re  **Gospel Rescue Ministries of Washington, D.C. Inc.**            Case No.
                                                       Debtor(s)         Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Aetna**<br>**P. O. Box 7247-0221**<br>**Philadelphia, PA 19170** | **Aetna**<br>**P. O. Box 7247-0221**<br>**Philadelphia, PA 19170** | **insurance** | | **28,516.40** |
| **Capital Area Food Bank**<br>**645 Taylor Street, NE**<br>**Washington, DC 20017-2063** | **Capital Area Food Bank**<br>**645 Taylor Street, NE**<br>**Washington, DC 20017-2063** | **trade debt** | | **58,605.55** |
| **Comdata**<br>**5301 Maryland Way**<br>**Brentwood, TN 37027** | **Comdata**<br>**5301 Maryland Way**<br>**Brentwood, TN 37027** | **trade debt** | | **35,216.94** |
| **Comptroller of Maryland**<br>**80 Calvert Street, Room 121**<br>**Annapolis, MD 21401** | **Comptroller of Maryland**<br>**80 Calvert Street, Room 121**<br>**Annapolis, MD 21401** | **2011 MD taxes** | | **42,303.78** |
| **DC Unemployment**<br>**P. O. Box 96664**<br>**Washington, DC 20090-6664** | **DC Unemployment**<br>**P. O. Box 96664**<br>**Washington, DC 20090-6664** | **2011 SUTA** | | **39,176.03** |
| **DC Unemployment**<br>**P. O. Box 96664**<br>**Washington, DC 20090-6664** | **DC Unemployment**<br>**P. O. Box 96664**<br>**Washington, DC 20090-6664** | **DC unemployment company - 1st and 2nd quarter 2012** | | **33,737.55** |
| **DC Withholding**<br>**1101 4th Street, SW**<br>**Washington, DC 20024** | **DC Withholding**<br>**1101 4th Street, SW**<br>**Washington, DC 20024** | **2011 DC taxes** | | **37,300.91** |
| **Eleuthera Institute**<br>**46 South Glebe Road, Suite 102**<br>**Arlington, VA 22204** | **Eleuthera Institute**<br>**46 South Glebe Road, Suite 102**<br>**Arlington, VA 22204** | **trade debt** | | **39,044.00** |
| **Fitzgerald, Snyder & Co., P.C.**<br>**7900 Westpark Drive, Suite T600**<br>**Mc Lean, VA 22102** | **Fitzgerald, Snyder & Co., P.C.**<br>**7900 Westpark Drive, Suite T600**<br>**Mc Lean, VA 22102** | **trade debt** | | **30,000.00** |
| **Gammon & Grange, P.C.**<br>**8280 Greensboro Drive, 7th Floor**<br>**Mc Lean, VA 22102-3807** | **Gammon & Grange, P.C.**<br>**8280 Greensboro Drive, 7th Floor**<br>**Mc Lean, VA 22102-3807** | **legal services** | | **84,360.94** |
| **GE Capital**<br>**P. O. Box 642333**<br>**Pittsburgh, PA 15264-2333** | **GE Capital**<br>**P. O. Box 642333**<br>**Pittsburgh, PA 15264-2333** | **trade debt** | | **45,472.06** |

B4 (Official Form 4) (12/07) - Cont.

In re **Gospel Rescue Ministries of Washington, D.C. Inc.** Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Grizzard<br>P. O. Box 534196<br>Atlanta, GA 30353-4196 | Grizzard<br>P. O. Box 534196<br>Atlanta, GA 30353-4196 | trade debt | | 316,000.00 |
| Internal Revenue Service<br>Centralized Insolvency Unit<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Unit<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | 2011 FICA-employee and employer | | 217,168.85 |
| Internal Revenue Service<br>Centralized Insolvency Unit<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Unit<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | 2011 federal taxes | | 144,013.73 |
| Internal Revenue Service<br>Centralized Insolvency Unit<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Unit<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | federal withholding tax 1st and 2nd quarter 2012 | | 47,873.00 |
| Internal Revenue Service<br>Centralized Insolvency Unit<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Unit<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Social Security employee - 1st and 2nd quarter 2012 | | 27,320.07 |
| Internal Revenue Service<br>Centralized Insolvency Unit<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Unit<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Social Security company - 1st and 2nd quarter 2012 | | 40,329.59 |
| Jennifer Sullivan<br>318 Prince Street, #7<br>Alexandria, VA 22314-3342 | Jennifer Sullivan<br>318 Prince Street, #7<br>Alexandria, VA 22314-3342 | bridge loan | | 200,000.00 |
| Pitney Bowes Global Financial Services<br>7630 Little River Turnpike<br>Annandale, VA 22003 | Pitney Bowes Global Financial Services<br>7630 Little River Turnpike<br>Annandale, VA 22003 | trade debt | | 87,633.16 |
| Scafford F. Forte CPA<br>914 Silver Spring Avenue, Suite 204<br>Silver Spring, MD 20910 | Scafford F. Forte CPA<br>914 Silver Spring Avenue, Suite 204<br>Silver Spring, MD 20910 | accounting services | | 56,815.25 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 30, 2012** _____  Signature **/s/ Michael J. Cortese** _____
                                               **Michael J. Cortese**
                                               **President and CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of District of Columbia

In re  **Gospel Rescue Ministries of Washington, D.C. Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF CREDITORS AND MAILING MATRIX

1.  The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of __10__ pages and a total of __90__ entities listed.

2.  The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

1 of 2

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date:  **May 30, 2012**    **/s/ Michael J. Cortese**
         **Michael J. Cortese**/**President and CEO**
         Signer/Title

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

1-Step Detect Associates
1474 Route 51
Jefferson Hills, PA 15025


Action Al's Tire Co., Inc.
2515 Bladensburg Road, NE
Washington, DC 20018


Aetna
P. O. Box 7247-0221
Philadelphia, PA 19170


Allied Waste
P. O. Box 9001099
Louisville, KY 40290


American Hotel Register Company
16458 Collections Center Drive
Chicago, IL 60693


American Monitoring Services
2655 Duke Street
Alexandria, VA 22314


Authorize.Net
808 East Utah Valley Drive
American Fork, UT 84003


Bishop Emerson Brockington
7921 14th Street, NW
Washington, DC 20012


Brewer Direct, Inc.
507 South Myrtle Avenue
Monrovia, CA 91016

Brooks Lock & Security Corp.
8849 Walker Mill Road
Capitol Heights, MD 20743


Building Supplied
P. O. Box 4163
Clifton, NJ 07012


Capital Area Food Bank
645 Taylor Street, NE
Washington, DC 20017-2063


Capital Self Storage
301 N Street, NE
Washington, DC 20002


Carter Brothers, LLC
Wachovia Lock Box
P. O. Box 933815
Atlanta, GA 31193-3815


Central Union Mission
1350 R Street, NW
Washington, DC 20009


Certol International, Inc.
P. O. Box 9438
Minneapolis, MN 55440


Cherrydale Motors
3412 Lee Highway
Arlington, VA 22207


Cintas
P. O. Box 3865
Capitol Heights, MD 20791

```
Colonial Life Insurance
P. O. Box 903
Columbia, SC 29202-0903



Comcast
900 Michigan Avenue
Washington, DC 20017



Comdata
5301 Maryland Way
Brentwood, TN 37027



Comptroller of Maryland
80 Calvert Street, Room 121
Annapolis, MD 21401



Connie Phillips Insurance
605 West Patrick Street
P. O. Box 1028
Frederick, MD 21702-0028



CWPS
14120-A Sullyfield Circle
Chantilly, VA 20151



DC Admin. Funding Assessment
P. O. Box 96664
Washington, DC 20090-6664



DC Child Support Clearinghouse
P. O. Box 37868
Washington, DC 20013-7868



DC Unemployment
P. O. Box 96664
Washington, DC 20090-6664
```

```
DC WASA
P. O. Box 97200
Washington, DC 20090



DC WASA
Customer Service Department
P.O. Box 97200
Washington, DC 20090



DC WASA
P. O. Box 97200
Washington, DC 20090-7200



DC Withholding
1101 4th Street, SW
Washington, DC 20024



De Lage Landen Financial Services
P. O. Box 41602
Philadelphia, PA 19101-1602



DIRECTV
P. O. Box 11732
Newark, NJ 07101-4732



Easton Chemical Supply, Inc.
P. O. Box 25915
Baltimore, MD 21224



Eleuthera Institute
46 South Glebe Road, Suite 102
Arlington, VA 22204



Engineers Outlet
1048 29th Street, NW
Washington, DC 20007
```

```
ETW, LLC
P. O. Box 841758
Dallas, TX 75284-1758



Exxon Mobil
Business Card Processing Center
P. O. Box 688938
Des Moines, IA 50368-8938



Fitzgerald, Snyder & Co., P.C.
7900 Westpark Drive, Suite T600
Mc Lean, VA 22102



Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
Mc Lean, VA 22102-3807



GE Capital
P. O. Box 642333
Pittsburgh, PA 15264-2333



Global Cloud, Ltd.
901 Adams Crossing
Cincinnati, OH 45202



GM Appliance Services LLC
5305 Marlain Street
Temple Hills, MD 20748



Greater Pest Solutions
10007 Greenbelt Road
Lanham, MD 20706



Grizzard
P. O. Box 534196
Atlanta, GA 30353-4196
```

Home Paramount
P. O. Box 727
Forest Hill, MD 21050


Houghton Mifflin Harcourt
14046 Collections Center Drive
Chicago, IL 60693


IDS
2142 Priest Bridge Court
Crofton, MD 21114


Innovative Merchant Solutions
21215 Burbank Boulevard, Suite 100
Woodland Hills, CA 91367


Innovative Services, LLC
5705 Spruce Drive
Clinton, MD 20735


Internal Revenue Service
Centralized Insolvency Unit
P. O. Box 7346
Philadelphia, PA 19101-7346


J&P Heating
7907 Penn Randall Place
Upper Marlboro, MD 20772


Jennifer Sullivan
318 Prince Street, #7
Alexandria, VA 22314-3342


Jiffy Plumbing, Heating & Cooling
4623 Baltimore Avenue
Hyattsville, MD 20781

Lowe's Business Account
P. O. Box 530970
Atlanta, GA 30353-0970


Loyal Service Systems
15 Technology Way
Nashua, NH 03060


Maryland Child Support Account
P. O. Box 17396
Baltimore, MD 21297-1396


Mega Path
6800 Koll Center Parkway, Suite 200
Pleasanton, CA 94566


Modells Sports Store
1518 Benning Road, NE
Washington, DC 20002


New York City Industries for the Blind
3611 14th Avenue
Brooklyn, NY 11218-3750


NJ Family Support Payment Center
P. O. Box 4880
Trenton, NJ 08650-4880


OBA Bank
20300 Seneca Meadows Parkway
Germantown, MD 20876


Parking Management Inc.
1725 DeSales Street, NW, Suite 202
Washington, DC 20036

PEPCO
P. O. Box 4863
Trenton, NJ 08650-4865


PEPCO
P. O. Box 4863
Trenton, NJ 08650-4863


Pitney Bowes Global Financial Services
7630 Little River Turnpike
Annandale, VA 22003


Pitney Bowes Purchase Power
P. O. Box 856042
Louisville, KY 40285-6042


Radio One, Inc.
5900 Princess Garden Parkway, Suite 800
Lanham, MD 20706


Robert E. Greenberg, Esquire
Friedlander Misler, PLLC
1101-17th Street, NW, Suite 700
Washington, DC 20036


Roto Rooter Plumbing and Drain Service
5672 Collections Center Drive
Chicago, IL 60693


Scafford F. Forte CPA
914 Silver Spring Avenue, Suite 204
Silver Spring, MD 20910


Shell c/o Pro Consulting Services
Collections Division
P. O. Box 66510
Houston, TX 77266-6768

Slater, Tenaglia, Fritz & Hunt, P.A.
301 Third Street
Ocean City, NJ 08226


Sprint
P. O. Box 4181
Carol Stream, IL 60197-4181


Stan's Inc.
822 H Street, NE
Washington, DC 20002


Staples Business Advantage
P. O. Box 83689
Framingham, MA 01702


State Farm Insurance
1001 Connecticut Avenue, Suite 201
Washington, DC 20036


Stericycle
P. O. Box 6582
Carol Stream, IL 60197


Stratford Hall
P. O. Box 2001
Bedford Park, IL 60499


Timepayment Corporation
P. O. Box 3069
Woburn, MA 01888-1969


U-Store
301 New York Avenue, NE
Washington, DC 20002

United Distributing Company, Inc.
P. O. Box 1452
Sykesville, MD 21784


VA Department of Taxation
P. O. Box 1777
Richmond, VA 23218-1777


Verizon
P. O. Box 660720
Dallas, TX 75266-0720


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002


Washington Gas
P. O. Box  9001036
Louisville, KY 40290-1036


Washington Gas
P. O. Box 37747
Philadelphia, PA 19101-5047


Waste Management
6994 Columbia Gateway Drive, Suite 200
Columbia, MD 21046


Wells Fargo Merchant Services
1200 Montego Way
Walnut Creek, CA 94598


Werner International Enterprises, Inc.
P. O. Box 25911
Baltimore, MD 21224

# United States Bankruptcy Court
## District of District of Columbia

In re   **Gospel Rescue Ministries of Washington, D.C. Inc.**                        Case No.
                                                      Debtor(s)                     Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Gospel Rescue Ministries of Washington, D.C. Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 30, 2012** | **/s/ Paul Sweeney** |
| Date | **Paul Sweeney 429738** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Gospel Rescue Ministries of Washington, D.C. Inc.** |
| | **Yumkas, Vidmar & Sweeney, LLC** |
| | **2530 Riva Road, Suite 400** |
| | **Annapolis, MD 21401** |
| | **443-569-5972 Fax:410-571-2798** |
| | **psweeney@yvslaw.com** |

# United States Bankruptcy Court
### District of District of Columbia

In re   **Gospel Rescue Ministries of Washington, D.C. Inc.**              Case No.
Debtor(s)                                                                   Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Michael J. Cortese**, declare under penalty of perjury that I am the **President and CEO** of **Gospel Rescue Ministries of Washington, D.C. Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Trustees of said corporation at a special meeting duly called and held on the 29th day of May 2012.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Michael J. Cortese, President and CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Michael J. Cortese, President and CEO** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Michael J. Cortese, President and CEO** of this Corporation, is authorized and directed to employ **Paul Sweeney** and the law firm of **Yumkas, Vidmar & Sweeney, LLC** to represent the Corporation in such bankruptcy case."

Date   **May 30, 2012**                              Signed   **/s/ Michael J. Cortese**
                                                              **Michael J. Cortese, President and CEO**

Document      Page 20 of 20

5/30/12 5:38PM

Resolution of Board of Trustees
of
**Gospel Rescue Ministries of Washington, D.C. Inc.**

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Michael J. Cortese, President and CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter **11** voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Michael J. Cortese, President and CEO** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Michael J. Cortese, President and CEO** of this Corporation, is authorized and directed to employ **Paul Sweeney** and the law firm of **Yumkas, Vidmar & Sweeney, LLC** to represent the Corporation in such bankruptcy case.

Date **May 30, 2012**            Signed **/s/ Michael J. Cortese**
                                                          **Michael J. Cortese, President and Executive Director**

Date **May 30, 2012**            Signed **/s/ David Van Duzer**
                                                          **David Van Duzer, Chairman of the Board**