The order below is hereby signed:

Signed: August 21 2012



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| GOSPEL RESCUE MINISTRIES OF WASHINGTON, D.C. INC. | * | Case No: 12-00405-SMT (Chapter 11) |
| | * | |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT
BETWEEN DEBTOR AND JACKSON PRENTICE REAL ESTATE SERVICES, LLC

Upon consideration of the Motion for Approval of Settlement Agreement between Debtor and Jackson Prentice Real Estate Services, LLC (the "Motion") filed by Gospel Rescue Ministries of Washington, D.C. Inc., the debtor and debtor in possession herein (the "Debtor"), adequate and proper notice having been provided to all parties entitled thereto under the circumstances, and the Court, having considered all factors bearing on the wisdom of the compromise, finding good cause to grant the relief requested, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is hereby GRANTED.

cc: Paul Sweeney, Esquire
     Yumkas, Vidmar & Sweeney, LLC
     2530 Riva Road, Suite 400
     Annapolis, Maryland 21401

- 2 -

Jackson B. Prentice
Jackson Prentice Real Estate Services, LLC
3815 Benton Street, NW
Washington, D.C.  20007

Joseph A. Guzinski, Esquire
Office of the U.S. Trustee
115 South Union Street, Room 210
Alexandria, Virginia  22314

Robert E. Greenberg, Esquire
Friedlander Misler
1101 Seventeenth Street NW, Suite 700
Washington, D.C.  20036

William D. White, Esquire
McCarthy & White, PLLC
1751 Pinnacle Drive, Suite 1115
McLean, Virginia  22102

Attached Service List

**END OF ORDER**

Joseph A. Guzinski, Esquire
Office of the U.S. Trustee
115 South Union Street, Room 210
Alexandria, Virginia  22314

Robert E. Greenberg, Esquire
Friedlander Misler
1101 Seventeenth Street NW, Suite 700
Washington, D.C.  20036

OBA Bank
20300 Seneca Meadows Parkway
Germantown, MD 20876

Aetna
P. O. Box 7247-0221
Philadelphia, PA 19170

Capital Area Food Bank
645 Taylor Street, NE
Washington, DC 20017-2063

Comdata
5301 Maryland Way
Brentwood, TN 37027

Comptroller of Maryland
80 Calvert Street, Room 121
Annapolis, MD 21401

DC Unemployment
P. O. Box 96664
Washington, DC 20090-6664

DC Withholding
1101 4th Street, SW
Washington, DC 20024

Eleuthera Institute
46 South Glebe Road, Suite 102
Arlington, VA 22204

Fitzgerald, Snyder & Co., P.C.
7900 Westpark Drive, Suite T600
McLean, VA 22102

Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA 22102-3807

GE Capital
P. O. Box 642333
Pittsburgh, PA 15264-2333

Grizzard
P. O. Box 534196
Atlanta, GA 30353-4196

Internal Revenue Service
Centralized Insolvency Unit
P. O. Box 7346
Philadelphia, PA 19101-7346

Jennifer Sullivan
318 Prince Street, #7
Alexandria, VA 22314-3342

Pitney Bowes Global Financial Services
7630 Little River Turnpike
Annandale, VA 22003

Scafford F. Forte CPA
914 Silver Spring Avenue, Suite 204
Silver Spring, MD 20910

William D. White, Esquire
McCarthy & White, PLLC
1751 Pinnacle Drive, Suite 1115
McLean, Virginia  22102

Jackson B. Prentice
Jackson Prentice Real Estate Services
3815 Benton Street, NW
Washington, D.C.  20007